SMITH *v.* SMITH.—In error.

*Wednesday,*
*December 9.*

ACCORDING to the statutes of 1833 and 1835, the Courts of chancery have exclusive jurisdiction in cases of divorce: the consequence is, that the associate judges cannot, constitutionally, determine such a case in the absence of the Circuit Judge. Cons. Art. 5, Sec. 3 (1).

(1) Accord. Rev. Stat. 1838, p. 242.